# EXHIBIT 2

Message
---

| | |
|---|---|
| **From:** | Haberman, Eric J [Eric.J.Haberman@citizensbank.com] |
| **Sent:** | 11/8/2013 2:28:53 PM |
| **To:** | Sue O'Neill [soneill@marcocontractors.com]; Darrin Patterson [dpatterson@marcocontractors.com] |
| **CC:** | Kennelly, Daniel T [Daniel.Kennelly@rbscitizens.com]; Kaveny, Eric R [Eric.R.Kaveny@rbscitizens.com] |
| **Subject:** | RE: Cashed Checks |

Good morning Sue and Darrin,

Thank you for all the information. Daniel Kennelly has been the point person on this case. You will be receiving a call shortly from Eric Kaveny in our treasury solutions office. He will explain the next steps for resolution of this matter. You will also hear from our fraud department by the end of next week.

I will be out of the office all of next week. So please email any more information to Daniel.Kennelly@citizensbank.com and Eric.R.Kaveny@rbscitizens.com. Thank you and I will touch base with you on 11/18. Take care,

Eric J Haberman
Citizens Bank | Branch Manager
NMLS ID 899539
101 Commonwealth Drive 15B-0098
Warrendale, PA 15086
tel. (724) 776-0180 | fax (724) 776-3211
Eric.J.Haberman@citizensbank.com

-----Original Message-----
From: Sue O'Neill [mailto:soneill@marcocontractors.com]
Sent: Friday, November 08, 2013 8:24 AM
To: Darrin Patterson; Haberman, Eric J
Subject: RE: Cashed Checks

Also, please confirm that these checks will be reversed and the money put back into our account.

Sue G. O'Neill
Controller
Marco Contractors, Inc I Rockerz, Inc I The Planet Pulse, Inc
Accounting I Human Resources
100 Commonwealth Drive, Warrendale, PA 15086
Direct Dial (724) 553.3834
Fax (724) 553.3170
Main Office (724) 741.0300
soneill@marcocontractors.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender; therefore, does not accept liability for any errors or omissions in the contents of this message which arise as a result of e-mail transmission. If verification is required please request a hard-copy.

-----Original Message-----
From: Darrin Patterson [mailto:dpatterson@marcocontractors.com]
Sent: Friday, November 08, 2013 8:19 AM
To: eric.j.haberman@citizensbank.com
Cc: Sue O'Neill; Darrin Patterson
Subject: Cashed Checks

Eric,
Five fraudulent checks cleared our account this morning. Please make certain that every check is properly scrutinized...I'm sure more are coming.


Darrin D. Patterson

Marco Contractors, Inc. | AP \ AR Manager
Headquarters:   100 Commonwealth Dr. | PO Box 805 | Warrendale, PA 15095
Phone: 724.741.0300 ext. 3828 | Direct Dial: 724.553.3828 | Fax: 724.741.0335
dpatterson@marcocontractors.com

www.marcocontractors.com

VOTED #1 - Best Place to Work in Western PA

-----Original Message-----
From: Marco Front Scanner [mailto:scan@marcocontractors.com]
Sent: Thursday, November 07, 2013 4:05 PM
To: Darrin Patterson
Subject:

This E-mail was sent from "RNPBBA66D" (Aficio MP 5500).

Scan Date: 11.07.2013 16:05:16 (-0500)

Confidential
CFG_07883