# EXHIBIT A

Sue O'Neill

| | |
|---|---|
| **From:** | Malachin, Francine |
| **Sent:** | Friday, March 18, 2016 2:19 PM |
| **To:** | Sue O'Neill (soneill@marcocontractors.com) |
| **Cc:** | Dengler, Julie S |
| **Subject:** | Citizens Bank Signature Card/Endorsement Stamp |
| **Attachments:** | 201603181400.tif |

Good afternoon Sue,

Attached is a signature card so if you can please have Marty sign at the top and bottom left (where indicated) and provide stamped signature we will process. Please return to Julie Dengler at the Thorn Hill office. She can be reached at 724-776-0180 with any concerns or Julie.s.dengler@citizensbank.com

Take care and it has been nice working with you.

**Francine Malachin**
Senior Personal Banker II
NMLS ID#844500
Banker II
Thorn Hill Branch

101 Commonwealth Drive
15B-0098
Warrendale, PA 15086

Telephone: 724-776-0180
Facsimile: 724-776-3211
francine.malachin@citizensbank.com

Citizens Bank is a brand name of Citizens Bank, N.A. and Citizens Bank of Pennsylvania.

Use of email is inherently insecure. Confidential information, including account information, and personally identifiable information, should not be transmitted via email, or email attachment. In no event shall Citizens Bank, N.A. or Citizens Bank of Pennsylvania accept any responsibility for the loss, use or misuse of any information, including confidential information, sent via email or email attachment to which it is the intended recipient. Neither Citizens Bank, N.A. nor Citizens Bank of Pennsylvania guarantee the accuracy of any email or email attachment, that an email will be received by either entity or that either entity will respond to any email.

This email communication is confidential and/or privileged. Any disclosure, copying, distribution or use of this information by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify the sender immediately and promptly destroy any record of this email.

 **Citizens Bank™**

# Business Signature Card

In this signature card, the words *I*, *me*, and *my* mean, as applicable, the business entity or person identified below and each individual who is authorized to be a signer on the Account and who signs below on behalf of me; *Bank* means Citizens Bank of Pennsylvania and *Account* means the deposit account(s) identified below which will be used primarily for business purposes.

**① Account Information**

| TITLE AND PRINCIPAL BUSINESS ADDRESS | ACCOUNT TYPE | ACCOUNT # | SIGNING |
|---|---|---|---|

**② Taxpayer Identification Number (TIN) Certification**

TIN is a: ☐ Social Security Number
☐ Employer Identification Number

1. _____ is my correct TIN. If a TIN has not been issued to me, I have applied for, or in the near future intend to apply for, a TIN, I understand that if I do not provide the Bank with a TIN within 60 days, my Account will be subject to backup withholding; and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service (IRS) that I am currently subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. person (including a U.S. resident alien).

Cross out item 2 above if the IRS has notified you that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

_____   3·18·16
Signature of Authorized Signer   *Martin Smith (Please sign)*   Date

**③ Agreement and Signatures** *(All authorized signers opening the Account must sign)*

I have received a copy of the Citizens Bank Disclosures and Addendums, as applicable. By signing below, I acknowledge that I have read and understood the Bank's Deposit Account Agreement and related fee schedule, Pledge Regarding the Responsible Use and Protection of Customer Information, Overdraft Line of Credit Agreement (if applicable) and any other documents that the Bank provided to me about my Account and Account services, each as amended from time to time (all collectively and each individually referred to as "the Agreement"). By signing below, I agree to all the terms of the Agreement.

_____   3·18·16
*Martin Smith (Please sign)*   Date

_____   3·18·16
*Martin Smith (Endorsement Stamp)*   Date

_____   _____
Date   Date

_____   _____
Date   Date

Prepared By: Francine Malachin        State: PA     Case Number:          Date: 3/18/2016    Branch #: 908
REV. (04/27/15)

# ❄ Citizens Bank™

## Business Signature Card

In this signature card, the words *I*, *me*, and *my* mean, as applicable, the business entity or person identified below and each individual who is authorized to be a signer on the Account and who signs below on behalf of me; *Bank* means Citizens Bank of Pennsylvania and *Account* means the deposit account(s) identified below which will be used primarily for business purposes.

**① Account Information**

| TITLE AND PRINCIPAL BUSINESS ADDRESS | ACCOUNT TYPE | ACCOUNT # | SIGNING |
|---|---|---|---|
| | | | |

**② Taxpayer Identification Number (TIN) Certification**

TIN is a:  ☐ Social Security Number
☐ Employer Identification Number

1. _____ is my correct TIN. If a TIN has not been issued to me, I have applied for, or in the near future intend to apply for, a TIN. I understand that if I do not provide the Bank with a TIN within 60 days, my Account will be subject to backup withholding; and

2. I am not subject to backup withholding because (a) I am exempt from backup withholding, (b) I have not been notified by the Internal Revenue Service (IRS) that I am currently subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. person (including a U.S. resident alien).

Cross out Item 2 above if the IRS has notified you that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of Authorized Signer  *Martin Smith (Please sign)*   Date

**③ Agreement and Signatures** *(All authorized signers opening the Account must sign)*

I have received a copy of the Citizens Bank Disclosures and Addendums, as applicable. By signing below, I acknowledge that I have read and understood the Bank's Deposit Account Agreement and related fee schedule, Pledge Regarding the Responsible Use and Protection of Customer Information, Overdraft Line of Credit Agreement (if applicable) and any other documents that the Bank provided to me about my Account and Account services, each as amended from time to time (all collectively and each individually referred to as "the Agreement"). By signing below, I agree to all the terms of the Agreement.

*Martin Smith (Please sign)*   Date

*Martin Smith (Endorsement Stamp)*   Date

_____ Date

_____ Date

_____ Date

_____ Date

Prepared By: Francine Malachin
REV. (04/22/16)
business_signature_card/front

State: PA     Case Number: _____     Date: 3/18/2016     Branch #: 906

CONFIDENTIAL     MARCO 0000067     CONFIDENTIAL